UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KETSY A. HERNANDEZ,

    Plaintiff,

v.                          CASE NO. 8:12-cv-1733-T-17MAP

CAROLYN W. COLVIN,
Commissioner of Social Security,[1]

    Defendant.
_____/

**REPORT AND RECOMMENDATION**

Pursuant to 42 U.S.C. § 405(g) and 42 U.S.C. § 1383(c)(3), the Plaintiff seeks judicial review of an administrative decision denying her disability insurance benefits and supplemental security income benefits. At this juncture, the Commissioner seeks entry of an order remanding the case to the Commissioner for further administrative action (doc 17).[2] The Commissioner asserts that "[o]n remand, the agency will offer Plaintiff a supplemental hearing, the ALJ will reconsider Plaintiff's literacy, reassess her residual functional capacity and subjective complaints, and if necessary, obtain supplemental vocational expert testimony before issuing a

---

[1] The undersigned has replaced Michael J. Astrue, former Commissioner of Social Security, with the current acting Commissioner of Social Security, Carolyn W. Colvin. *See* Fed. R. Civ. P. 25(d)(1).

[2] The district judge referred this matter to me for a report and recommendation (doc. 17).

new decision." *Id*. The Plaintiff has no objection. Accordingly, it is

RECOMMENDED:

1. The Commissioner's Motion for Entry of Judgment with Remand (doc. 17) be GRANTED. The case be remanded to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) and § 1383(c)(3).

2. The Clerk of Court be directed to enter judgment for the Plaintiff, and to administratively close this case.

IT IS SO ORDERED at Tampa, Florida on April 8, 2013.

*[signature: Mark A. Pizzo]*
MARK A. PIZZO
UNITED STATES MAGISTRATE JUDGE